```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                            Case No. 18-16169-jps
Daniel Jason Smith                                                Chapter 7
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0647-1           User: admin              Page 1 of 2              Date Rcvd: Oct 17, 2018
                               Form ID: 309A            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             +Daniel Jason Smith,   4126 Forestlawn Avenue,   Sheffield Lake, OH 44054-2100
25698311       +Amerifinancial Solutions,    P.O. Box 65018,   Baltimore, MD 21264-5018
25698316      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas,   P.O. 16581,   Columbus , OH 43216)
25698313       +Capital One,   2365 Northside Dr.,   San Diego, CA 92108-2709
25698314        Charak Center,   Po Box 78000,   Detroit , MI 482781169
25698315       +City Of Sheffield Lke Dept. Of Water,   4750 Richelieu Ave.,   Sheffield Lake, OH 44054-1445
25698317       +Comprehensive Pain Care Center,   4804 Leavitt Rd.,   Ste A,   Lorain , OH 44053-2383
25698319        Douglas Brill,   1001 Jaycox Rd #1,   Amherst, OH 44001
25698320       +FFCC,   24700 Chagrin Blvd,   Beachwood, OH 44122-5647
25698321       +Fidelity Properties Inc.,   885 South Sawburg Avenue, #103,   Alliance, OH 44601-5905
25698325       +Lorain Surgery Center,   4804 Leavitt Rd.,   Ste B,   Lorain, OH 44053-2383
25698326        Manley Deas Kochalski,   P.O. Box 165028,   Columbus, OH 43216-5028
25698327        Nationstar Mortgage LLC/ Bank of New York Mel,   8950 Cypress Waters Blvd.,   Irving, TX 75063
25698328       +Ohio Bureau of Workers Compensation,   P.O. Box 89492,   Cleveland, OH 44101-6492
25698329        Ohio Edison,   Akron, OH 44309
25698330       +PNC Visa,   Po Box 856177,   Louisville, KY 40285-6177
25698331        Physician Link Centers,   630 East Broad Street,   Elyria, OH 44035
25698333       +Russell Berkebile Assoc.,   221 W 8th Street,   Lorain, OH 44052-1800
25698334       +State of Ohio Dept. of Taxation,   Attn: Bankruptcy Dept.,   150 East Gay Street, 21st Fl,
                 Columbus, OH 43215-3191
25698335       +University Hospitals,   11100 Euclid Avenue,   Cleveland, OH 44106-5000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: docket@ohbksource.com Oct 17 2018 22:20:29     William J. Balena,
                 30400 Detroit Road,   Suite 106,   Westlake, OH  44145
tr             +EDI: QVEBROWN.COM Oct 18 2018 01:58:00     Virgil E. Brown, Jr.,   4070 Mayfield Road,
                 Cleveland, OH 44121-3036
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Oct 17 2018 22:21:15     Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
25698312       +EDI: TSYS2.COM Oct 18 2018 01:58:00     Barclay Bank,   Po Box 13337,
                 Philidelphia, Pa, PA 19101-3337
25698318       +EDI: DIRECTV.COM Oct 18 2018 01:58:00     Direct TV,   Po Box 5007,
                 Carol Stream, IL 60197-5007
25698322       +EDI: FORD.COM Oct 18 2018 01:58:00     Ford Motor Credit,   P.O. Box 542000,
                 Omaha, NE 68154-8000
25698324       +EDI: CBSKOHLS.COM Oct 18 2018 01:58:00     Kohls,   P.O. Box 3115,   Milwaukee, WI 53201-3115
25698332        EDI: PRA.COM Oct 18 2018 01:58:00     Portfolio Recovery Assoc.,   120 Corporate Blvd, #100,
                 Norfolk, VA 23502
                                                                                               TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25698323     ##+Jacob Smith,   4126 Forest Lawn Avenue,   Sheffield Lake, OH 44054-2100
                                                                                      TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                    Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2018 at the address(es) listed below:
        Virgil E. Brown, Jr.　　virgil@vebtrustee.com, vbrownjr@ecf.epiqsystems.com
        William J. Balena　　on behalf of Debtor Daniel Jason Smith docket@ohbksource.com, debra@ohbksource.com

                                    TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Daniel Jason Smith** | Social Security number or ITIN | xxx–xx–5278 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | Date case filed for chapter 7 | 10/15/18 |
| Case number: | 18–16169–jps | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel Jason Smith | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4126 Forestlawn Avenue<br>Sheffield Lake, OH 44054 | |
| 4. | **Debtor's attorney**<br>Name and address | William J. Balena<br>30400 Detroit Road<br>Suite 106<br>Westlake, OH 44145 | Contact phone (440) 365–2000<br>Email: docket@ohbksource.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Virgil E. Brown Jr.<br>4070 Mayfield Road<br>Cleveland, OH 44121 | Contact phone (216) 851–3304<br>Email: virgil@vebtrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open 9:00 AM – 4:00 PM |
|---|---|---|---|
|   | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114−1235 | Contact phone 216−615−4300 Date: 10/17/18 |
| 7. | **Meeting of creditors** | **November 19, 2018 at 01:00 PM** | Location: |
|   | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** **Valid photo identification required** *** *** **Proof of Social Security Number required** *** | **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |   |
|   | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |   |   |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/18/19** |
|   | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). |   |
|   |   | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |   |
|   | Please do not file a proof of claim unless you receive a notice to do so. |   |   |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |   |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |   |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                         page **2**