IT IS SO ORDERED.

Dated: 10 December, 2018 01:49 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 18-16169 |
| **Daniel Jason Smith** | Chapter 7 |
| Debtor(s). | Judge Jessica E. Price Smith |
| | * * * * * * * * * * * * * * * * |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 8)** |
| | **4126 Forestlawn Avenue, Sheffield Lake, OH 44054** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A ("Creditor"), by and through its mortgage servicing agent Nationstar Mortgage LLC d/b/a Mr. Cooper, (Docket 8). Creditor has alleged that good cause for granting the Motion exists, and that Daniel Jason Smith ("Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with

18-031580_VMP

notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 4126 Forestlawn Avenue, Sheffield Lake, OH 44054.

###

**SUBMITTED BY**:

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

Virgil E. Brown Jr., Chapter 7 Trustee, virgil@vebtrustee.com(notified by ecf)

William J. Balena, Attorney for Daniel Jason Smith, docket@ohbksource.com(notified by

ecf)

Daniel Jason Smith and Tammy M. Smith, 4126 Forestlawn Avenue, Sheffield Lake, OH 44054
(notified by regular US Mail)

Lorain County Treasurer, 226 Middle Avenue , Elyria , OH  44035
(notified by regular US Mail)